# EXHIBIT A

# Mediated Settlement Agreement

1) The parties agreed that this matter is settled inclusive of attorneys fees & cost in the amount of $20,000.00, payable as follows:

   1. $5,000.00 upon Court approval. The parties agree to cooperate in getting Court approval.

   2. $5,000.00 made payable 30 days thereafter.

   3. $5,000.00 made payable 30 days thereafter

   4. $5,000.00 made payable 30 days thereafter.

2. Plaintiff will be responsible for their own taxes

3. The monies shall be payable to Plaintiff attorneys trust account

4. In the event payment is not made with 14 days from due date, with notice to counsel, the amount will be $35,000.00 less payments already made

5. Case will be dismissed with prejudice with provision that Court will retain jurisdiction for purposes of settlement

(1 of 2)

6. A formal release will follow.

7. The cost of mediation will be split among the Parties

_____
Plaintiff

_____
Defendant

_____
Plaintiff

_____
Attorney

_____
Attorney

_____
Attorney

(2 of 2)